

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00096-CR

**JEFFERY LEROY SADLER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2001-41-C2**

## MEMORANDUM OPINION

Jeffery Leroy Sadler appealed his conviction for burglary of a habitation. A motion to dismiss the appeal has now been filed. Sadler personally signed an authorization to dismiss the appeal which is attached to the motion to dismiss.

Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

Further, Sadler's motion to expedite the issuance of the mandate in this proceeding is granted. The mandate will issue on the same date as this opinion.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 25, 2011
Do not publish
[CR25]